UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL DOUGLAS RANDALL, | No. 2:17-cv-0929 CKD P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO STATE PRISON, FOLSOM, | |
| Defendant. | |

On June 23, 2017, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Plaintiff has not responded to the court's order.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff is granted 14 days to file an amended complaint in compliance with the court's June 23, 2017 order. Failure to file an amended complaint within 14 days will result in dismissal.

Dated: August 8, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
rand0929.fta