UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL DOUGLAS RANDALL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO STATE PRISON-<br>FOLSOM, et al.<br><br>　　　　　　Defendant. | No. 2:17-cv-0929 CKD P<br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

　　　　On June 23, 2017, plaintiff's complaint was dismissed with leave to amend. Plaintiff was given instructions as to the content of his amended complaint and was warned that failure to file an amended complaint would result in a recommendation that this action be dismissed. Plaintiff has not filed an amended complaint in compliance with the court's June 23, 2017 order and the time allotted for doing so has expired.

　　　　Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

　　　　IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

1

with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 24, 2018

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[1] rand0929.fta